**Order entered February 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00120-CV**
**No. 05-19-00121-CV**
**No. 05-19-00122-CV**

**IN RE MATTHEW REESE, Relator**

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-00306-P, F13-00723-P, and F13-60347-P**

## ORDER

Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     DAVID J. SCHENCK
         JUSTICE